IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

"APPROVED" THIS 21 DAY OF
of April, 2014.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

LA TRICIA HARDY

*Plaintiff,*

v.

NAGLE & ZALLER, P.C.

*Defendant.*

Civil Action No.:13-CV-1461-PJM

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

APR 2 1 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties herein have stipulated that this action by Latricia Party, Plaintiff, B, and the same hereby is, dismissed with **PREJUDICE**, with each party to bear their own costs and attorney fees.

_____
Latricia Hardy
1006 -15th Street, S.E.
Washington, DC 2003
Plaintiff

_____
Stacey A. Moffet (Fed. Bar No. 23025)
Melissa E. Goldmeier (Fed. Bar No. 18769)
Eccleston & Wolf, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Telephone: (410) 752-7474
Facsimile: (410) 752-0611
E-mail:Moffet@ewmd.com
Attorneys for Defendant